E-FILED
Monday, 04 August, 2008  02:59:53 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| PHILLIP MILES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-cv-1012 |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES ROGER, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Before the Court is Defendant's Motion to Dismiss (Doc. 3) and Accompanying Memorandum (Doc. 4). Plaintiff has filed a Response (Doc. 9). This matter was referred to Magistrate Judge Byron Cudmore and Judge Cudmore filed a Report and Recommendation (Doc. 10) on July 15, 2008 in which Judge Cudmore recommended that the Motion to Dismiss be allowed in part and denied in part. Specifically, Judge Cudmore recommended dismissal of Plaintiff's constitutional claims based on the alleged wrongful refusal of Defendants to provide copies of Plaintiff's records of arrest and incarcerations (Complaint para. 26, asserting access-to-courts claim, First Amendment claim and Fourteenth Amendment claim). Furthermore, Judge Cudmore recommended Defendant's McCory and Needham be dismissed from this case. However, Judge Cudmore recommended that the Motion to Dismiss be denied in all other respects.

The parties were given until August 1, 2008 to file Objections to the Report and Recommendation and neither party has filed an Objection. Failure to object

constitutes a waiver of any objections.  See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986).  Since no Objection has been filed, the Court Judge Cudmore adopts the Report and Recommendation in full.

    IT IS THEREFORE ORDERED that Judge Cudmore's Report and Recommendation is ADOPTED, the Motion to Dismiss is ALLOWED IN PART and DENIED IN PART.  Specifically, Plaintiff's constitutional claims based on the wrongful refusal to provide copies of Plaintiff's records of arrest and incarcerations are DISMISSED.  Defendants McCory and Needham are also DISMISSED.  Plaintiff may proceed under his only remaining claim under the Forth Amendment (Complaint ¶ 25).  This matter is referred to the Magistrate Judge for pretrial proceedings.

    ENTERED this __4th__ day of August, 2008.


                                        s/Joe Billy McDade
                                        Joe Billy McDade
                                        United States District Judge